UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-06671-SVW-AS | Date | December 4, 2024 |
|---|---|---|---|
| Title | Tawana Jean Cooper v. UnitedHealth Group, Inc | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on November 15, 2024, issued an order to show cause why this action should not be dismissed for lack of prosecution.

To date, paintiff has failed to respond.

The Court orders the case dismissed.

                                                                                              :
                                                                      Initials of Preparer    PMC